VOL. 59]        SEPTEMBER TERM, 1899.        201

Chamberlain Banking House v. Hartford Fire Ins. Co.     Karbach v. Clark.

CHAMBERLAIN BANKING HOUSE V. HARTFORD FIRE
INSURANCE COMPANY OF HARTFORD.

FILED NOVEMBER 9, 1899.   No. 9,007.

Garnishment: RIGHTS OF PARTIES: ASSIGNMENTS: RES JUDICATA.

ERROR from the district court of Johnson county.
Tried below before LETTON, J.   *Reversed.*

*M. B. C. True* and *S. P. Davidson,* for plaintiff in error.

*C. C. Flansburg, contra.*

HARRISON, C. J.

By stipulation the decision in the case of *Chamberlain
Banking House v. Reliance Ins. Co.,* 59 Nebr., 195, filed at
this time, is to govern the disposition of this one. Fol-
lowing that decision, the judgment herein is reversed
and the cause remanded.

REVERSED AND REMANDED.